1  RONALD WILCOX, Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4

5                    U.S. DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
6                     SAN JOSE DIVISION

7  LORI HUTSON,                              Case No.: 07-03167 JF

8            Plaintiff,                      **NOTICE OF VOLUNTARY DISMISSAL**
         vs.
9
   INTERNATIONAL RECOVERY SYSTEMS,
10 INC., ET AL.

11
             Defendant.
12

13
       The parties have reached a settlement.  Pursuant to F.R.C.P. 41, Plaintiff dismisses this
14
   action with prejudice.
15

16 /s/Ronald Wilcox                          8/30/07
   Ronald Wilcox, Counsel for plaintiffs     Date
17